# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                                     Case No. 13-21867

    Patricia C Kuhn

    Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/24/2013.

2) The plan was confirmed on NA .

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 09/27/2013.

6) Number of months from filing to last payment: 2.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $416.63 |
| Less amount refunded to debtor | $400.38 |

**NET RECEIPTS:** $16.25

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $16.25 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $16.25

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ILLINOIS DEPT OF REVENUE | Priority | 2,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Secured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| OCEAN BEACH CLUB LLC | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVI/RADIOLO | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| TARGET CREDIT CARD | Unsecured | 344.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC/KSB HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED CREDITOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF REVENUE | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| A/R CONCEPTS/ALAN D JOHNSON M | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| AMER COLL CO/ACC INTERNATIONA | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO/ELK GROVE V | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD HARRIS/ILLINOIS TOLLWAY | Unsecured | 1,134.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD HARRIS/ILLINOIS TOLLWAY | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD HARRIS/ILLINOIS TOLLWAY | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC/BALLY TO | Unsecured | 882.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,910.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 624.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,965.00 | NA | NA | 0.00 | 0.00 |
| CASTLE PAYDAY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHECKCITY.COM | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 813.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE/SUBURB | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| FFCC/COLUMBUS INC/HEALTH CARE | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HEALTH CARE ASSOCIATES CREDIT | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS INC/KINDERCARE LEAR | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| LHR INC/CAPITAL CARD SERVICES | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN FINANCIAL SVC/BOARDW | Unsecured | 949.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING/TMOBILE | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SERVICES IN | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| MULTI SPECIALTY CLINIC | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS/PHYSICI | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| OCEAN BEACH CLUB LLC | Unsecured | 3,832.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC/ALEXIAN | Unsecured | 392.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC/ALEXIAN | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| OPTIMUM OUTCOMES INC/ST ALEXI | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC/COLUMBIA | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| SONNENSCHEIN FNL SVCS/VILLAGE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $16.25 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$16.25** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/22/2013                    By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**